**LightGabler**
By: Glenn J. Dickinson (SBN 159753)
 gdickinson@lightgablerlaw.com
760 Paseo Camarillo, Suite 300
Camarillo, CA 93010
(805) 248-7208
(805) 248-7209 (fax)

Attorneys for Plaintiff
LOS TOROS MEXICAN RESTAURANT, INC.

JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOS TOROS MEXICAN RESTAURANT, INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>THE TOROS MEXICAN BAR & GRILL, INC., an Indiana corporation; THE TOROS MEXICAN BAR & GRILL 2, INC., an Indiana corporation; ALFREDO MELENDEZ, an individual; RIGOBERRTO MELENDEZ, an individual; ENRIQUE MELENDEZ, an individual; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 2:19-cv-06719 RGK (JEMx)<br><br>**ORDER ON JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE**<br><br>District Judge: R. Gary Klausner<br> Dept.: 850 (Roybal)<br>Magistrate Judge: John E. McDermott<br> Dept.: 640 (Roybal)<br><br>Complaint Filed: 08/02/2019<br>Trial Date: None Set |

WHEREAS, Plaintiff Los Toros Mexican Restaurant, Inc., a California corporation ("Plaintiff"), on one hand, and Defendants The Toros Mexican Bar & Grill, Inc., The Toros Mexican Bar & Grill 2, Inc., Alfredo Melendez, Rigoberrto Melendez, and Enrique Melendez, (collectively "Defendants"), on the other hand, stipulated through their respective attorneys of record,

pursuant to Federal Rule of Civil Procedure Rule 41(a)(2) that all claims and demands asserted by Plaintiff in this action shall be dismissed with prejudice; and

WHEREAS, it appears to the Court that the terms of the stipulation appear proper, and upon good cause showing,

IT IS HEREBY ORDERED that all claims and demands asserted by Plaintiff in this action shall be and hereby are dismissed with prejudice.

IT IS HEREBY ORDERED each party to bear its own costs and attorney's fees.

Dated: January 15, 2020

**UNITED STATES DISTRICT COURT**

By: *Jay Klausner*

U.S. District Judge

# **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on the 10th day of January, 2020, I presented the foregoing **ORDER ON JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE** to the Clerk of the Court for filing and uploading to the CM/ECF system.

 I am employed in the County of Ventura, State of California. I am over the age of 18 and not a party to the within action; my business address is: 760 Paseo Camarillo, Suite 300, Camarillo, California 93010.

 I served the foregoing document on the interested parties in this action by placing a true copy thereof enclosed in a sealed envelope addressed as follows:

| | |
|---|---|
| David F. Brown, Esq.<br>Corbett Steelman & Specter<br>18200 Von Karman Ave., #825<br>Irvine, CA 92612-7148<br><br>Ph: (949) 553-9266<br>E-Mail: dbrown@corbsteel.com | *Attorneys for Defendants*<br><br>The Toros Mexican Bar & Grill, Inc.;<br>The Toros Mexcian Bar & Grill 2, Inc.; Alfredo Melendez; Rigoberrto Melendez and Enrique Melendez |

☑ **BY MAIL**

 ☐ I deposited such envelope in the mail at Camarillo, California. The envelope was mailed with postage thereon fully prepaid.

 ☑ I caused such envelope to be deposited in the mail at Camarillo, California. The envelope was mailed with postage thereon fully prepaid. I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. postal service on that same day with postage thereon fully prepaid at Camarillo, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☑ (Federal) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

             /s/ *Maria Russell*

3

#Order re Joint St p.docxOrder re Joint St p.docx [Los Toros – Indiana]   ORDER ON STIPULATION FOR DISMISSAL WITH PREJUDICE